## VINES v. STATE.
### No. 15642.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary. The indictment is regular on its face. No statement of facts or bills of exception appear in the record. Nothing is presented for review.

The judgment is affirmed.

## BARBEE v. STATE.
### No. 15502.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

B. F. Reynolds and Jeff A. Fowler, both of Throckmorton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**CHRISTIAN, J.**

The offense is robbery with firearms; the punishment, confinement in the penitentiary for twenty years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## ACHTERBERG v. STATE.
### No. 15607.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

I. J. Burns, of Brady, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Conviction is for burglary. Punishment, two years in the penitentiary.

The indictment is regular on its face. No statement of facts or bills of exception are found in the record. In this condition nothing is presented for review.

The judgment is affirmed.